CCC:AXB
F. #2024R00297

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN MENSCH,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No.
(T. 18, U.S.C., §§ 371, 982(a)(1),
982(b)(1) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p))

CR24      334

CR24      334

AZRACK, J.

WICKS, M.J.

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

1.      The defendant JOHN MENSCH was the owner and Chief Executive Officer of East End Bus Lines, Inc. ("East End"), as well as various affiliated and subsidiary entities doing business under East End's corporate umbrella.   East End had a principal place of business in Suffolk County, New York and provided busing services for students in the Eastern District of New York and elsewhere.

2.      Financial Institution #1 and Financial Institution #2, entities the identities of which are known to the United States Attorney, were "financial institutions" within the meaning of 18 U.S.C. § 20.   East End maintained one or more deposit accounts at Financial Institution #1 and Financial Institution #2.   Each of East End's accounts at Financial Institution #1 and Financial Institution #2 received expedited check-clearing benefits.   As such, Financial Institution #1 and Financial Institution #2 made available to East End the proceeds of deposited