# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

February 20, 2025

**Via ECF**
Hon. Nusrat J. Choudhury
United States District Judge
United States District Court, Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

   Re: *United States v. John Mensch*, No. 24 Cr. 334 (NJC)

Dear Judge Choudhury:

  We represent John Mensch, the defendant in the above-captioned matter. Mr. Mensch's sentencing is currently scheduled for April 9, 2025. With the consent of the government, we respectfully write to request that the sentencing date be adjourned to July 21, 2025 at 1:00 p.m. We have also conferred with the Probation Department, which does not object to the proposed adjournment. This is our first request for an adjournment of the sentencing date and we are requesting the adjournment to enable us to provide information requested by the Probation Department, to obtain and review the Presentence Report, and to allow the parties sufficient time to file sentencing submissions.

           Respectfully submitted,

           /s/ Robert J. Anello
           Robert J. Anello

cc: United States Probation Officer Lisa Langone (via email)