# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

August 7, 2025

**Via ECF**
Hon. Nusrat J. Choudhury
United States District Judge
United States District Court, Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

    Re:  *United States v. John Mensch*, No. 24 Cr. 334 (NJC)

Dear Judge Choudhury:

  We represent John Mensch, the defendant in the above-captioned matter. On August 7, 2025, Mr. Mensch's sentencing was adjourned to November 13, 2025. Unfortunately, both counsel for the government and counsel for Mr. Mensch have conflicts that day. After consulting the government, we jointly write to request that the sentencing date be adjourned to a later date, preferably between December 8, 2025 and December 23, 2025. We thank the Court for its consideration.

                  Respectfully submitted,

                  /s/ Robert J. Anello
                  Robert J. Anello

cc:  United States Probation Officer Meghan Wing (via email)
    Assistant United States Attorney Anthony Bagnuola (via email and ECF)