# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
212-880-9470

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

November 6, 2025

**Via ECF**
Hon. Nusrat J. Choudhury
United States District Judge
United States District Court, Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

  Re: *United States v. John Mensch*, No. 24 Cr. 334 (NJC)

Dear Judge Choudhury:

  Together with my partner, Robert J. Anello, I represent John Mensch in the above-captioned matter. On August 20, 2025, Mr. Mensch's sentencing was adjourned to December 11, 2025. Consistent with your Honor's Individual Rules and Practices in effect at that time, Mr. Mensch's sentencing submission was to be due two weeks before that date, and we internally calendared that deadline accordingly. Yesterday, we became aware that your Honor's Individual Rules and Practices were recently amended to provide that a defendant's sentencing submission should instead be filed one month in advance of the sentencing date, with the government's sentencing submission due two weeks in advance of sentencing.

  Mr. Mensch is prepared to proceed with sentencing on December 11. Until we learned of your Honor's amended rules, we had planned to file our sentencing submission on November 26, 2025, in accordance with the deadlines in effect at the time the sentencing hearing was scheduled. We have conferred with counsel for the government, and on behalf of both parties, we respectfully request that the defendant's sentencing submission be due on November 26, 2025 and the government's sentencing submission be due on December 4, 2025.

  We apologize for any inconvenience and thank the Court for its consideration of this request.

                                              Respectfully submitted,

                                              */s/ Jeremy H. Temkin*
                                              Jeremy H. Temkin

cc:     Assistant United States Attorney Anthony Bagnuola (via ECF)
         Assistant United States Attorney Adam Toporovsky (via ECF)