# Exhibit 1

Dear Judge Choudhury,

Your honor, words cannot express how truly sorry I am for my actions that have brought me here to you today. I apologize to the banks, bank employees, and other people affected by my actions. I apologize to my current employees or previous employees that were affected based upon my actions. I am most sorry to God and my family for my actions and regret the pain that I have caused them. Thank you for the opportunity to write to you and the court on my own behalf.

I am 55 years old and the youngest of five children and have always been close to my parents. Growing up I had been extremely close with my dad and learned the value of hard work from him. My dad was in the school bus industry since 1969, and I first started my career working with him in the family business. I was always a hard worker and had multiple jobs as a young adult. The time spent with my dad learning about how to run a school bus company was invaluable; he taught me how to be a great employer and a great father. My dad worked long hours and provided for the family financially while my mom was responsible for the home and raising me and my siblings. Since I admired my dad so much, I adopted his work ethic and felt that supporting my family financially equated to security and love.

Before I started my first school bus company, I had tried other business ventures but none of them held my attention like the school buses did. At the time that I started my first school bus company my dad was still alive and was a great mentor and supported me. I had recently been married and was starting a family of my own.

As a small business owner, I knew that I needed to be willing to sacrifice my time and do any task, no matter how small or what it may be, from driving buses, cleaning vehicles, vacuuming offices, cleaning bathrooms or emptying garbage, etc. My experience operating the school bus company over the years is vast and covers a lot of different areas from dispatch, safety, and maintenance. I am a hands-on school bus operator and not the type of employer that can sit behind the desk.

I have cultivated relationships with my School District clients, and they know that they can call my cell phone any time of the day and I will answer. If there is an issue with my staff or an issue with a special needs route that needs to be addressed on a school bus route, they contact me directly for quick resolution to any problem they are experiencing.

Most people do not realize the amount of work it takes to get children to school and how each department relies on the other to make the operation successful. There are multiple layers to the school bus contracts that we operate in multiple states and the timing to get students to and from school, athletic trips and field trips require a lot of coordination and

logistics. From making sure that buses are maintained and inspected, to having enough vehicles to fulfill all routes and trips as well as having enough drivers and monitors they must report to work on time. There are many days that we have excessive drivers absent that I have had to drive a route or charter to get the students where they need to be and on time.

After my dad passed away in 2010, I started to build my own business, East End Bus Lines, Inc. I also had to finance and purchase vehicles to operate these contracts.

By 2015, I had increased my school bus contracts, fleet size and operated out of various locations in New York and New Jersey. Soon thereafter I decided to bid on the biggest contract of my career for Willam Floyd School District.

William Floyd School District was where I went to school and where my children attended and graduated from. The contract required over 300 vehicles: increasing my fleet size to 750 vehicles and over one thousand employees.

I had no fear that I wouldn't be able to secure the buses and all the employees needed to fulfill the requirements of the bid specifications. I was awarded the contract in and was expected to perform beginning in September of 2016. I realized that the size of this contract was beyond the capabilities of my current accounting department and asked Majo Jacinto to become the CFO for my company. She was a CFO for my father's business, in addition to being a CPA and a professor at a local college along with a doctorate in finance.

I recognize now that I had expanded East End Bus Lines, Inc. too fast in such a short amount of time. The financial burden of the equipment and the cost of the labor contracts with the employees was too much of a burden on my fledgling company.

East End Bus Lines, Inc.'s financial situation became more desperate when William Floyd School District refused to pay me for all the services that I provided during the first year of the contract and then decided to restructure school bell schedules and cut approximately forty buses from the original bid specifications in the second year. It was a struggle to make the payments for the equipment and payroll along with all the other daily expenses needed to operate this contract.

In 2017 I started a new school bus contract for Wallkill School District and Valley Central School District. I bid for this work to utilize the buses that William Floyd had cut from their transportation program, but the new contract carried substantial startup costs. I had to set up two bus yards, purchase additional equipment and hire more employees to operate these contracts. I spent almost all my time helping with William Floyd and operating the new contracts upstate, spending many nights away from home.

The prior year, Dr. Jacinto had arranged for the bus companies to take out hard money loans, and our reliance on these lenders became more extensive. I knew borrowing costs were too high, but it became a vicious cycle and was not something I had ever done in the past. I believed it would be a temporary fix until we started a cycle with payments from the new school contracts, but I was wrong, it only worsened the cash flow problems we were having. It became so out of control that they would take money from the bank accounts when they weren't supposed to, and they threatened my business. I was not comfortable operating my business in this way nor was it something I knew how to do.

I cannot tell you exactly when or how the check kiting began but I knew it was wrong to take advantage of the same day clearing privileges the banks had given me. At some level, I tried to convince myself it was a type of short-term loan, but I understood that we were presenting checks to the banks to get access to funds that we didn't have and weren't entitled to. I felt that Dr. Jacinto would be able to handle what she referred to as the "float" and continue to get financing through the "sharks" or hard money lenders.

I was desperate to try anything to help alleviate the financial burdens we were faced with and was seeking outside investors but there was no immediate solution. During this time, to assist with the cash flow shortage of the company I refinanced and took the equity out of the buses to fill the shortfall of approximately two million dollars; it still wasn't enough. I had tried on multiple occasions to negotiate with William Floyd School District for the money that they owed me and when they refused, I knew what I had to do and I filed for bankruptcy.

Why did I do it? In the moment it was about survival, wanting to be successful and making sure my employees had a paycheck every week. I had always been able to figure out a solution to any problem in the past and thought I could fix this as well. I know that this sounds naïve, and I understood what Dr. Jacinto and I were doing was wrong but at the same time I wasn't processing what the ramifications would mean or how this could possibly work out in the long run.

I deeply regret going down this road and not stopping sooner. As the owner of the company, it was my responsibility to do so.

Since filing for bankruptcy, the bus business has faced many challenges. As we were going through bankruptcy Covid 19 hit the world and school bus transportation came to a screeching halt. We had to figure out how to pay the employees, equipment payments, rental payments, insurance and so much more.

Thankfully, due to the great relationship that I had cultivated with our School Districts over the years, we improvised and delivered meals to families, homework and chrome books to

students so that they can attend remote learning. I worked with the School Districts, and they abided by their contractual obligations so when we were able to return to school our company was ready to commence with transportation on a moment's notice.

During this difficult time, we figured out how to stay afloat and restructure our operations, keep paying our employees so that when we could start transporting again our staff would be ready and have all necessary protocols in place to start back up.

Since emerging from bankruptcy, the school bus companies have had sustainable growth. I continue to operate the bus companies and the daily tasks that I am familiar with performing. I am bidding new school bus contracts, securing equipment, insurance and bid bonds to perform the work. I have learned not to overextend myself and the growth of the company is based upon what we can afford to do.

Throughout all this my family has always been my priority and protecting them as best I could. My oldest daughter Kelsey married her high school sweetheart Mitchell and recently welcomed their first child, [redacted] who will be turning one in February. My stepdaughter, Caleigh, was recently engaged and my wife is planning her wedding in September of 2026. Thomas and Jacob Thomas will both be turning thirty in June and July and my youngest son, Jacob will be twenty-one in April.

My youngest son, Jacob, is working for us in the school bus company. Jacob is closer to me now than ever. He lives with us and works with us, trying to navigate his life's path.

All my children and my granddaughter are what is most important in my life. I do not want to miss out on all their great moments of life and want to be there to support them emotionally and spiritually.

I have faith in God and the judicial system and have tried to atone for my wrongdoings. I hope that you can read this letter and the letters from my wife, children, friends, family and colleagues to better understand the man that I am and that these actions are not a pattern in my life but a once in a life-time action that I will not repeat again.

Thank you for taking the time to read this letter; I hope it helps you to understand my character and that these actions do not define how I live my life regularly.

Sincerely,

John Mensch