# Exhibit 2

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Jennifer Thomas, and I am John's wife. Together we have five children and one granddaughter. I am the President of Orange County Transit and operate the school bus companies with John. I am 52 years of age, and I have known John for over 20 years.

John and I were first introduced at a parent teach conference when our sons, Jacob (my son) and Thomas (John's son) were in the same elementary school class. ██████████████████████

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

John has always been very family-oriented and committed to helping our children. I recall John helping his dad when his father was being treated for colon cancer and how he would get up early in the morning to take his father to the hospital before going into the office to make sure the work was covered for the day. Besides helping when his dad was ill, he had a business to run and children that needed his attention. He would never shirk family events, school or college functions, he always made time for everyone regardless of his work schedule or how long his day is. If his close friends or children need advice or help, he is always the first to offer his help.

████████████████████████████████████████████████████ John's ease with all the students and patience that he displayed with all their different abilities was amazing. ████████
██████████████████████████████████████████████████████████████
███████████████████████████████████ However, I can recall how John was able to gather all the children that were placed in his care and support them in their individual events and celebrate their accomplishments with them. Not an easy task by any means due to the nature of all their different abilities, but he managed to do it and always with a smile.

John is the most generous, loyal, caring individual that I have ever known. Throughout my years as his friend, employee and wife I have seen John display this generosity not just monetarily but also with his time. John has sponsored many different community events in the school districts that he services. He has donated buses to fire departments, police charities, special Olympics and Stuff a Bus for Long Island Veterans. He has donated school supplies and backpacks to underprivileged school districts. John has made sure that employees that lost their house in a fire and couldn't come to work still received a paycheck. During Covid one of our drivers, lost her husband and provided her with security and to assist her through this rough period in her life, he made sure to pay her wages so that she had one less thing to worry about. These are some of the selfless acts of kindness that he does without hesitation and without looking for any type of repayment or gratitude.

████████████████████████████████████████████████████████
██████████████████████████████████████████████ John has been a coach for the Special Olympics Long Island Swim Team for the twenty years that I have known him. He has driven buses to these events, donated his time and provided housing and transportation for athletes that cannot afford to go to some of the events. He has provided them with uniforms, pizza parties, luncheons, a friendly smile and continuous encouragement.

Last year John and I attended a wedding at which one of the guests in attendance grew up with John and his family for more than thirty years. He said to me that John is the light and that he walks with God. When he said this to me, I was so touched by his statement and knew that this person truly knew the man that I love and respect.

John and I are a unique working marital team in the sense that we spend all our time together, twenty-four hours a day, seven days a week and enjoy it! We are very successful at what we do because of the sense of purpose we have that our competitors do not. We thrive on getting students to school when our competitors cannot find the way; we know how important it is to the families in the schools we service. █████████████████████████████████████████████████████████████
████████████████████████████████████████████
The children and families we transport rely on us so they can get an education, social skills, behavioral interventions or speech therapy and the parents get a reprieve for a couple of hours.

We operate the business together and throughout the last several years have faced bankruptcy and the shut-down due to Covid. With John's leadership we managed to restructure the business and overcome obstacles and operate successfully. Although I am the owner, John is the leader in our business. John is the person that the clients call when they have questions about service. I have never had to operate the business without John by my side and honestly, I am afraid of how a sentence of imprisonment will affect the continued success of the business. It is a concept that we have never had to deal with. Our competitors will be predatory and will try to persuade our employees and clients that our company is unstable without John's presence.

John has over 30 years' experience in the school bus industry and knows all aspects of the business. He prepares bids, negotiates contracts with school districts, handles parent/district relations along with being able to drive a school bus, diagnose the buses that need repair along with a multitude of other daily tasks that are needed. He has always been the person that secures and is responsible for overseeing the fleet and all the equipment we have financed. John has long standing relationships with the equipment lenders and insurance companies that are integral for our operations. It is because of those relationships that we were able to get out of bankruptcy and why the lenders are comfortable with the debt we carry, which is approximately thirty-million dollars. John has personally guaranteed all of this debt. I do not know how a sentence of imprisonment would affect those relationships. Losing John could debilitate our business and our ability to pay our employees and all our financial obligations.

I would not have found this sense of purpose and level of happiness in my life had I not been introduced to it by John. He had the ability to see attributes in myself that have made me the self-fulfilled and successful business owner that I am today and will be forever grateful for his intuition and support.

More so than anyone, I am aware of how the conduct associated with this charge is inconsistent with the person that I know and love. John fully understands and takes responsibility for the actions and the consequences it will bear. John will no longer be able to drive a school bus with his felony conviction; one of the things he loves most about this business. The daily interaction and satisfaction from doing this is no longer a possibility. There are many children that will not have the privilege of having the best school bus driver take them from home to school. I recall watching a video of one of the buses he had driven just to see the fun and joy that the children experienced with him. He was singing to the students and had them dancing in their seats and requesting songs; trust me, he is not a good singer, but the ride home certainly was entertaining for them.

I hope that this letter provides you some insight into the many wonderful qualities that John is as person, bus driver/operator, father, businessman and husband. John is so much more than this letter. He is my world and to think of not being able to wake up with him next to my side for one day would be devasting to me, our family and our business. I ask that you are lenient in sentencing my husband and take into consideration the support he provides to local communities, school districts, our special needs children, family and employees.

Sincerely,

Jennifer Thomas