# Exhibit 3

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Kelsey Mensch, and I am the eldest daughter of John Mensch. I am a 31-year-old non-profit professional who advocates for public education and lives in Philadelphia, Pennsylvania. I have had the privilege of knowing and loving my father my entire life. I am aware that my father has pleaded guilty, but I am writing to provide insight into his character, strong work ethic, and commitment to others. I hope you will consider this information when making your decision.

My father has consistently demonstrated exceptional work ethic, approaching his commitments with discipline. When I was young, my dad was always working. He worked early in the morning, came home after I was already asleep, and often worked weekends, causing him to sometimes miss family gatherings and special events. His dedication to building multiple businesses meant sometimes sacrificing time at home, but I always understood that his hard work was in service of our family. I also learned a lot from his work ethic. For example, nothing has even been beneath my dad, regardless of his title. If a bus needed to be driven, a truck route needed to be filled, or a gas station needed an attendant for the day, he would hop in to fill any gap. To this day, he fills in and drives bus routes whenever there's a need.

While dedicated to his work, I never questioned my dad's support and love. I've experienced my dad's unwavering support firsthand, and I've seen it even more clearly in the way he's shown up for my brother, Thomas. ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

As his daughter, my dad has also provided me with unconditional support, specifically when I've doubted myself or struggled. A particularly difficult time for me was my first year as a public school educator in Philadelphia. My dad texted me encouraging notes every morning to remind me of my strength and power. When I later made the difficult decision to leave teaching, my dad was right by my side supporting my decision and job search. He lifts me up when I feel discouraged and empowers me to know my worth and trust my gut. His genuine desire to be there without judgment demonstrates his thoughtfulness and reliability, especially in difficult times.

In adulthood, I have watched my dad navigate and reflect on various situations with perseverance, honesty, and positivity. My parents' divorce was a difficult time in my family's lives. Through many conversations in the decade following my parent's separation, I watched my dad grow in ways that

have positively benefited him and most importantly, our relationship. When I expressed hurt or difficulty coping with the situation, my dad made the effort to have honest conversations about how I was feeling and how to improve our relationship. We have grown tremendously as a father-daughter duo, and I largely attribute this to my father's ability to reflect on his actions, lean into his emotional vulnerability, and grow as a parent and human.

In many ways, my dad has been a guiding light my entire life. I am proud to call him my dad, and it brings me so much joy to see him step into his new role as "Poppy" to my 8-month-old daughter. My father truly has the biggest heart with so much love to give, and I've never seen it more clearly than when he's with my daughter. As I adjust to life with my growing family, I find myself grounded in the lessons and values he has instilled in me. I am thankful to have him as a role model in this new chapter of my life.

Thank you for reading this letter. I humbly ask that you consider leniency when making your final decision.

Sincerely,

*Kelsey R. Mensch*