# Exhibit 4

November 19th, 2025

Dear Judge Choudhury,

I hope this letter finds you well. My name is Jacob Francis Mensch, and I am the youngest son of my father, John B. Mensch. I'm twenty years old and work in the same industry as my father, contributing to his business. Currently, I live with him while I save money to eventually move out on my own. In the summer of 2024, my father sat me down and shared something that would forever change the trajectory of my life. He informed me that he had pleaded guilty to bank fraud and could be facing up to five years in prison. Immediately I was devastated, and it took time for me to process this. I'm writing this letter to showcase the positive traits of my father as a person and the lasting influence he has had on me throughout my childhood and into my young adulthood.

When I was six years old, my parents divorced. I fall into the category of many children in America who experience divorce, and while I don't remember much about my parents being together, I vividly recall the impact it had on me during my childhood. Even though divorce can sometimes create emotional distance between parents and their children, especially when work demands add another layer, my experience was different. My father always made the time we spent together meaningful. He put in the effort to make me feel seen and heard.



My father has made mistakes and faced his own hardships, but what I've always admired is that he never gives up or lets a bad moment define him. He taught me that it's okay to struggle, but it's not okay to give up on yourself. I learned this especially during a stressful situation at my old job, when my boss verbally attacked me over a simple and harmless mistake and told me I was

"destroying his business." I broke down and immediately called my father. Instead of judging me or telling me what I should have done, he listened, let me get everything out, and reminded me that the situation wasn't all my fault and that things would calm down. That moment showed me how steady he is, and those values are the ones I carry with me today.

I kindly request that you consider this letter when determining my father's sentencing. I genuinely believe he is a good person who has made significant strides in enhancing his life, improving his health, and rebuilding his family relationships. It is immensely important to me that he is present to witness my journey, to see me get married, have children, and be there to witness me, and my siblings' lives. Thank you for your consideration.

                              Best Regards,

                            Jacob Francis Mensch