# Exhibit 5

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Mitchell Beattie, and I am John Mensch's son-in-law. I am a 31-year-old high school math teacher living in Philadelphia with my wife and John's daughter, Kelsey Mensch and our 8 month old daughter. While I recognize that John has pleaded guilty, I am writing to share my personal experiences with him in the hope that they will be taken into consideration during sentencing.

I have known John for 13 years since I first started dating his daughter. Unlike most stereotypically tenuous father-in-law relationships, John welcomed me from the first day I met him and treated me like his own son. He had every right to be skeptical of an 18 year old who had no direction dating his daughter right before she went off to college. And yet, he saw all of the potential in me and showed a deep understanding and generosity I was not accustomed to.

Since then, John has involved me in every family dinner and vacation and has made me feel more like his own son. When I graduated college and had no means of transportation as a teacher in Baltimore, John stepped in and offered for me to borrow a car until I could get on my feet. Throughout my life, John has met my own mistakes and uncertainty with unconditional generosity and empathy. He has always treated me as his equal and showed trust in spite of my mistakes.

When it came time to ask him for Kelsey's hand in marriage, I knew it needed to be formal and I also had no doubts about him approving of our marriage. His confirmation was an unequivocal yes. He never imposed his own opinions on our wedding and respected every decision we made with support and wisdom.

Since then, John and I frequently commiserate about our extended family dynamics. Through his own difficult experience with his family business growing up, he has guided me through my own family struggles. As my family experienced extensive conflict, John used his own experiences to help me establish healthy boundaries and sympathize with my position. He challenged me to be empathetic and forgiving despite how overwhelming it was. He brought compassion and wisdom to these conversations without overstepping or passing judgment. He was honest about all of the mistakes he made, how his family dynamics impacted him and how they continue to impact him.

While this conflict continues, John has shown me how to live with it in a healthy and productive manner.

The trust John and I built continues today. Since Kelsey and I welcomed our daughter, ▮ he remains a reliable yet unimposing support system for us. John immediately drove down to the hospital as soon as Kelsey went into labor, he has visited us in Philadelphia multiple times per month despite it being out of the way of his businesses and constantly ensured that he is a vital presence in Ellie's life.

John has been a vital, empathetic mentor at every step in my life since I met Kelsey. His support is unconditional and respectful of me as his equal. I strive to emulate John's generosity, trust and forgiveness in my classroom on a daily basis. My classroom is built on treating my students with equity and unconditional support in large part because of John's example.

Despite John's legal issues, my perspective of him has remained unchanged and I look forward to John's innate kindness and generosity being a part of my family's future. Thank you for taking the time to read this letter and I hope you will consider this information as you determine John's sentencing.