# Exhibit 6

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Caleigh Thomas, I am 24 years old and am a customer experience associate at The Farmer's Dog in Nashville, Tennessee. John Mensch is my stepdad, and today I am writing to you to show you what kind of a man he is. I hope that what I share with you today will help you get to know the kind, patient, and caring man that I get to call my stepdad outside of his case. There are a million different things that stand out to me about John that I would love to share and narrowing it down to only a few things will be extremely difficult.

Although John has only recently become my stepdad, I have known him for as long as I can remember. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Ever since my mom and John started dating, John has taken my brother and I in and treated us as his own. John is not only my stepdad, but I also consider him a friend. We have a very close relationship; I would even say closer than your average father/ daughter relationship. I can always trust and talk to him about anything, and he is always there for me when I need it most. Not many people can have this kind of relationship with their stepparents, so I know I am extremely lucky to have him as a part of my family.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████
████████████████████████

John is the most thoughtful man who always wants to make sure that his family and friends are taken care of. At the start of the pandemic, I had to leave college in Tennessee and move back home to New York. At this time my mom and John had just moved in together, and we were still navigating how to integrate both families in one home. Since I was away at college and we had not expected me to have to come home on such short notice, there was not enough room for all us kids. I love spending time with my mom and John more than anything and did not think I would be able to stay with them as I had hoped I would. John saw how upset I was and was quick to come up with a plan. Within just a couple of days John had the idea to transform the dining room into a bedroom for me so I could live with them and have my own space. Even though it meant limiting the families living space, John wanted to make sure that I had a space to call my own and for me to feel special and loved. This may not seem like a lot to just anyone, but I appreciate this act more than words could describe.

John has always been one of the biggest supporters in my life and knows how to make everyone in his family feel special. He showed up to every choir concert, musical performance, graduation, and move to and from Tennessee although he never had to. No matter how busy life gets, John always shows up for the things that matter. I don't know how he manages to do so at times, but there is never a doubt in my mind that John will make it work and never let you see him sweat in the process. From late night cookie runs to saving me when my car breaks down 13 hours away, I know I can always count on him.

The John Mensch I know is an open, and honest man, and the backbone of our family. The acts that he has pleaded guilty to truly are inconsistent to who he is. I hope you can take these things that I have shared with you today into consideration when determining his sentence.

Respectfully submitted,

Caleigh Thomas