# Exhibit 7

February 7, 2025

From:
Jennifer Mensch
███████████
███████████

To:
Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: John B. Mensch

Dear Judge Choudhury:

My name is Jennifer Mensch, I am the former wife of John B. Mensch, and I am writing to you today on his behalf. It is my intention to share meaningful information that I hope you will take into consideration with regard to his sentencing.

During our 20-year marriage we raised 3 children together. Kelsey who is now 30, Thomas who is now 28 and Jacob who is now 19. We shared all the typical challenges that parents face while rearing a young family. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ This is just one example of John's lifelong devotion to his children. He has shown time and time again, the same level of concern and involvement for each of our children. They each know how much they are respected and loved by their father.

John has always been and continues to be a loving and supportive father to his children. He has the ability to inspire them to be the best version of themselves. By providing unwavering support and unconditional love he has developed close relationships with each of his children. The bonds they share continue to grow as they develop into adulthood. In this next phase of their lives, John's support continues to be an essential part of their daily lives. He is always available for them, any hour or day of the week. John is always generous with his time when it comes to

them, always prioritizing in-person interactions. Time spent with their father has always been an integral part of their lives. It is cherished and appreciated by all of his children.

It is my hope that this letter has given beneficial insight regarding John as a valued part of our family. His presence in the lives of our children has immeasurable importance. I respectfully ask that you take this into consideration when imposing his sentence. I would like to earnestly thank you for your time and consideration in this matter.

Best regards,
Jennifer Mensch