# Exhibit 8

August 26, 2025

Honorable Nusrat J Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Choudhury,

    I am writing this letter on behalf of my son John Mensch and asking for leniency in his case. As his Mother, Mary Mensch I would like to share a few examples of John's life to give you a glimpse of his character. I have lived on Long Island for all of my married life and reside in the same home for the last 55 years, the home I brought John home from the hospital to. He is the youngest of my 5 children. He grew up in a loving and stable home his entire life. Let me relate a few stories that will help you see his fine character.

    In 2008 when my husband was diagnosed with colon cancer John was the son who would drive my husband and I to Lenox Hill Hospital in Manhattan from Suffolk County during the early hours of the morning for his emergency care. In 2010 as my husband spent his last 6 weeks in the hospital, John would be his bedside every morning at 5:00 A.M. until another family member could get in to be with Dad. I depended on his goodness and compassion during this long and difficult time. He was always ready and eager to help whenever we needed.

    John is a terrific and devoted Father to his 3 grown children and 2 adult step children.



John's kindness and generous spirit is lived out in silence. It is felt deeply by those around him. He has provided for his family and has welcomed his first granddaughter into the family from his daughter and son in law this past spring.

It is my sincere hope that you will consider this information in seeing John as a good person and needed by his family when making a lenient decision in his case.

Sincerely,

Mary Mensch