# Exhibit 9

**Honorable Nusrat J. Choudhury**
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**May 25, 2025**

Dear Judge Choudhury,

I am writing to you in connection with the sentencing hearing for my cousin, John Mensch Jr., who has pled guilty to one count of conspiracy to commit bank fraud. I was deeply shocked and troubled to learn of these charges, as this is entirely out of character for the John I have known all my life.

My name is Karen Coady. I am 58 years old and recently relocated back to New York after spending the past 30 years living on the West Coast in Hawaii and California. John and I were raised in very close-knit families—his father, John Mensch Sr., and my mother were brother and sister. Our families lived only a few miles apart, and we spent a great deal of time together growing up. We vacationed together often—most years traveling to Florida to visit our grandmother—as our parents strongly valued keeping the family connected. They instilled in us a sense of closeness and mutual support that has endured throughout our lives.

Despite the distance while I lived out west, John and I have maintained our relationship through regular phone calls, texts, and annual visits when I returned to New York. Over the years, I've come to know John as a deeply caring, responsible, and compassionate person. He is a devoted father to his three children—Kelcey, Thomas, and Jacob— ███████████████████████████████████████████████████████ His children's well-being has always been his top priority, often putting their needs above his own.

Professionally, John operates school bus services in New York and New Jersey, following in the footsteps of his father, who ran a similar business for decades. I remember conversations we've had over the years about the unique challenges he faces managing employees and school district contracts. At one point, he told me how short staffing left him no choice but to step in himself—even to the point of cleaning the company bathrooms. He joked about this with his son Jacob, who recently graduated high school and has expressed interest in learning the family business. John wanted to be transparent about the reality of owning and running a company, and he told Jacob that this is the

"glamour" of being a business owner. Despite the difficulties, John has always taken his responsibilities seriously. Like his father before him, he is committed to building a legacy for his children—not just a business, but a life of hard work and family values.

To me, John has always been a man of integrity, kindness, and honesty. The charges to which he has pled guilty are not reflective of the person I know. This situation has deeply affected John and his entire family, who rely on him for emotional and financial support.

I respectfully ask that you consider this letter when determining his sentence. I hope you will take into account John's lifelong dedication to his children, his commitment to his work, and the positive role he continues to play in his family. I sincerely request that you show leniency in light of his character and circumstances.

Thank you for your time and consideration.

Sincerely,

**Karen Coady**