# Exhibit 10

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Choudhury,

My name is Michael Mensch, and I am writing on behalf of my nephew, John Mensch. I am 74 years old and reside in Bonita Springs, Florida, having spent my professional life as a teacher, principal, and superintendent of schools on Long Island for over four decades.

I have been a constant presence in John's life since his birth and have participated in all of his lifetime milestones. John learned from his father the importance of being a devoted family man, and to this day, he maintains a strong family bond, not only with his children, but across his extended family. Following the passing of his father, my beloved brother in 2010, I have watched John grow into a devoted and selfless parent to his three children: Kelsey, Jacob, and Thomas. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ His actions have made a meaningful difference in the lives of many within his community.

John has long been committed to serving his broader community, notably through his involvement with the New York State Special Olympics and his consistent support of Long Island food banks. In my own charitable work with Smith Haven Ministries and Suffolk's homeless programs, I have personally witnessed John's generosity. He not only made financial donations but also donated buses for transportation to and from events, and regularly donated food to support special programs and seasonal outreach efforts. His contributions played a vital role in helping these organizations serve families in need with dignity and care.

As someone with a deep understanding of the challenges of public service, I also recognize the extraordinary complexities of running a school transportation business in New York, especially in the face of competitive bidding, labor union negotiations, and regulatory burdens. While not excusing his actions, I believe these pressures played a

significant role in John's poor decisions. My frequent conversations with my nephew as his case has evolved lead me to believe he sincerely understands the depth of his situation and wants, with all his strength and commitment, to take responsibility and work toward making things right.

Through many conversations with John as this case has unfolded, I am confident in his deep remorse and sincere commitment to do better. His family, employees, and their families depend on his strength and support, especially during these difficult times.

I respectfully ask that you take this letter into consideration during sentencing. I firmly believe in John's character, his capacity for redemption, and his ongoing value to those who rely on him.

Sincerely,
Michael Mensch

Bonita Springs, FL