# Exhibit 11

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

November 7, 2025

Dear Judge Choudhury,

My name is Joseph Cervone, John Mensch and I have been colleagues in the school transportation industry since 2009. When I first met John and began to work for him I was 48 years old and had just relocated to Long Island from Putnam County New York. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ my home improvement business was struggling due to a weak housing market and I lost my house forcing me to relocate my family of six to my sister's house. I was unemployed with five of us sleeping in one room. My uncle and cousins had grown up with the Mensch family and recommended I reach out to John. I heard stories about them growing up together which showed me the good family values John has. I knew John was part of a family owned business, but I also knew he had other business ventures of his own. In the eight years that I worked directly for John I always felt appreciated and comforted knowing my knowledge, experience and loyalty was accepted and trusted enough to help grow the business with little supervision from John. John's ability to lead and recognize how to make a person be the best they can be is impeccable and for that I will forever be grateful. When I first started with John as a school bus driver he had approximately sixty buses on Long Island, eight years later when I left for a better opportunity he had 700 buses in two states. As John's business grew and thrived, so did I. I learned from John how important a positive attitude and work environment are to the success of a business, and his people skills are exceptional as he realized how important his workforce is to his success. I remember early on in our relationship I had taken the day off for an overnight trip to Rye Playland for my nephew's birthday, as we were leaving Long Island two of our personal vehicles experienced mechanical issues. It could have been a heartbreaking day for eight children, but John allowed me to use a school bus van to take all twelve of us on a trip that is still talked about among the kids today. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and two daughters playing on college lacrosse teams, I was always able to use my company vehicle and never missed a doctor appointment or game. My son while still in high school worked for John washing buses where he learned to drive a school bus, he is one excellent driver to this day. I have nine siblings, so when 50 of us took a trip in honor of my parent, John arranged for two buses from different locations to take us to the terminal.

These are just a few of the many caring generous things I have seen him do. John continues to be a mentor as I reach out to him often for industry advise and his experience. Because of John I was able to go from being a bus driver to Transportation Supervisor for one of the largest districts on Long Island in a short nine years. I had six very successful years as Transportation Supervisor for Sachem School District. The Deputy Superintendent at the time told me a thirty-minute conversation with John for a reference was the deciding factor for being hired. Four years into my tenure my contractor failed to provide service for hundreds of special needs children. Just days before school is to start on a holiday weekend I am informed that eleven routes will not be covered due to a driver shortage, approximately

150 special needs students have no transportation. In actually twenty-two routes and 300 special needs students had no transportation for the first week of school. Having seen this scenario develop in other districts in the past, I contacted John as I had also seen him successful rescue other districts. One district in New Jersey that I help John with back in 2014 John still services. In the second week of school I arranged a meeting with John and the Superintendent of Sachem SD, two days later John was able to provide the services to Sachem. I never hesitate to reach out to John knowing he is true to himself and his words.

I know that John has pleaded guilty to bank fraud. However, I can truly say that if it wasn't for John Mensch I would not own my home, I would not have provided a college education for my children, nor have a career with retirement benefits. I have seen with my own eyes the thousands of people who have been able to live good happy lives because of the businesses John has provided and hope you consider my experiences with John in your decision.

Sincerely,

Joseph Cervone