# Exhibit 12

Ms. Kristen Dainty

April 7, 2025

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Kristen Dainty, and I am writing this letter on my own behalf, independent of my professional position.

I am a 51-year-old School District Leader and a resident of ▮▮▮ NY. In my role as the Assistant Superintendent of Finance and Business Development for a school district in Dutchess County, New York, I oversee the transportation needs of approximately 10,500 students, including a significant population of students with special needs.

As part of my responsibilities, I have had the opportunity to work closely with Mr. John Mensch, with whom I have developed a professional relationship since October 2020. In our dealings, Mr. Mensch was identified as our point of contact. In that role Mr. Mensch assisted with daily dispatching, conflict resolution with students, families, school staff and/or bus drivers, last minute needs and adjustments as well as any additional transportation services that arise. From the outset, he demonstrated professionalism, courtesy, and a sincere commitment to accommodating students with special needs. He was particularly helpful in arranging transportation for students requiring wheelchair-accessible vans, as well as ensuring that trained monitors were available to supervise these students during their transit.

Although I am aware that Mr. Mensch has pleaded guilty, I ask that you consider this letter as part of your deliberation on his sentencing. Based on my experience working with him, I can attest to his professionalism and the positive contributions he has made to the students he serves.

Sincerely,

*Kdainty*
Kristen Dainty