# Exhibit 13

Nassau Suffolk Services for Autism
The Martin C. Barell School



80 Hauppauge Road, Commack, NY 11725
631- 462-0386  fax: 631-462-4201

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District Of New York
100 Federal Plaza
Central Islip, NY. 11722

Dear Judge Choudhury,

I am writing on behalf of Nassau Suffolk Services for Autism (NSSA) to express our sincere appreciation for the exceptional service provided by John Mensch and the Orange County Transit, LLC.

Since 2020, John and his team have delivered consistent, safe, and reliable transportation for our adult program serving individuals on the autism spectrum. At a time when no other provider was willing or able to meet the unique needs of our clients, John stepped forward without hesitation. His commitment to our community has made a profound difference.

Over the years, we have been continually impressed by the professionalism, responsiveness, and care shown by John and the Orange County Bus Company. Their communication has been clear and timely, and their dedication to safety and reliability has given our families and staff peace of mind.

We are deeply grateful to John for his partnership and for making this vital service possible when we needed it most. His support has helped us maintain continuity and dignity in the lives of the individuals we serve.

Sincerely,

Nicole Weidenbaum
Executive Director

A not-for-profit corporation for the treatment and education of children and adults with Autism.