# Exhibit 14

# WCSD

Wallkill Central School District, 1500 Route 208, PO Box 310, Wallkill, New York 12589
(845) 895-7102, Fax: (845) 895-3630

Brian Devincenzi
Assistant Superintendent for Support Services

May 9, 2025

To Judge N.J. Choudhury,

Orange County Transit has been the operator for the Wallkill Central School District for more than six (6) years and over that time the District has maintained a good working relationship with the President, John Mensch. He did make us aware that he pleaded guilty to charges levied against him and does apprise me of updates in his case. In addition, we were able to navigate some unpredictable times with COVID and his company has been able to maintain service for our District.

John and his company have continued to work diligently to hire and maintain staff to keep our service reliable for all our runs. While there are always challenges, John and his company have worked hard to maintain the level of service we expect per our agreement, which was renewed for an additional five (5) years after completing his first five (5) year term. While other districts have struggled to maintain staff and have reliable service, John and Orange County Transit have not even after COVID. He is accessible if something is needed, and I am easily able to address any concerns or issues that may arise.

If you have any other questions regarding John or his company, Orange County Transit please feel free to contact me.

Sincerely,

Brian Devincenzi
Assistant Superintendent for Support Services

BD