# Exhibit 15

Denise McGarty



Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722


Dear Judge Choudhury,

My name is Denise McGarty, Executive Director for Orange County Transit and Montauk Transit. I am an associate of the company and work very closely with John Mensch. I've known John for approximately 10 years both professionally and personally. Within that timeframe he has not only been my boss, but has also been a great mentor, and friend.

I am writing this letter to show the courts the character of the John Mensch I know and have worked alongside with and the friendship that has developed over the years.

As John the business owner, I have seen firsthand how he has shown much care and compassion for all his employees. Listening to them, knowing their individual stories. Realizing there may be a reason an employee is not working to their full capacity or not acting like themselves. Not just looking at them as someone that could be easily replaced. Just recently one of our office workers had a major leak in her basement and she could not come to work till the problem was rectified. John got the plumber he has personally used to go to her home to fix the leak. This is just one of the many instances where John has stepped in to help someone in need. It's just who he is. Always helping someone in need.

I have been amazed about how much he knows about his business. He does not just sit behind a desk while upper management runs the show. He gets down in the trenches from the top to the bottom, knowing and even doing the job(s) of every aspect of his business to keep it running. He will take care of the minute to the big issues. Including performing all the varying task that need to be done himself, at one time or another.

I would joke at times, that John is the highest paid bus driver we have. If someone called out at the last minute, many times John can be seen driving a school bus route amongst his employees, in any district we service and at all our locations, whether it be a large bus or van. John has been seen emptying the trash, picking up litter in the yard, cleaning the office, moving or transporting buses. Leading by example. Dispatching, making sure there is enough coverage for all our routes in all our yards on any given day. Pulling long hours, first one in to last one home. Always reachable after hours or weekends. There is not a question he cannot answer, regarding his

business, contracts, districts, fleet, etc. He makes himself available to all that work for him and the contracts he services. As an example, in one of our upstate locations, we had taken on a new contract for one of the Jewish communities in Kiryas Joel (KJ). At that time there was a national driver shortage. John would drive a route every day to ensure service was never compromised. Dispatched all those routes from the bus he was driving. Ensuring the other drivers for KJ knew where they were going. Making sure all students were picked up in a timely manner. After his route, coming back to the office to personally call and take calls from parents and answer any questions they may have regarding their child's new bus route. There is not a task he cannot or will not handle. To make certain the business always ran as smoothly as possible.

No concern is ever too little or too large. Often times sharing his personal cell phone number to anyone that ask. As an example: If someone's car broke down, he would let them use a company vehicle, for as long a necessary. If someone had trouble with their work schedule, he would try to work out a reasonable schedule and/or a change in job location that could accommodate that person. If someone addressed a personal problem with him, he would listen and offer his advice. These traits are very rare in the workforce these days. Being approachable with all his employees. Being on the front lines, not an absentee owner. The business truly runs as a family operation. In this corporate environment it is very refreshing for the employees to know they're not just a number in the workforce. He has always been mindful of his employees and the families they have to take care of and support.

On a personal level. John is more than just my boss. If I needed help, I know that I can count on him, or he would guide me in the right direction. Or advise who can help with a particular situation. Such as getting into an accident. He would call the tow company himself. Would advise of a good place to take vehicle to get fixed. He has always made himself available to either lend a hand or an ear or both. Has always made the time to listen. Especially in tune to know without me saying, just knowing that something was going on with me personally. Always giving good sound advice. John is compassionate, kind, generous, caring, and fair. Towards his family, friends and even the people that work under him. John works closely with his wife and with both their sons, as they all work in one capacity or another within the company. Helping to support the business to keep it running. That I too, am happy to be a part of.

Anything beyond this is out of his character. I do hope this letter serves to show a different side of John Mensch. The John Mensch I know personally and have the pleasure of working with daily.

He has made me fully aware of pleading guilty to commit bank fraud. May my letter about his character, that I am shown every day be taken into consideration towards leniency on his imposing sentence.

Thank you for your time, understanding and consideration.

Sincerely,

Denise McGarty