# Exhibit 16

Marjorie Collier



February 2, 2025

Honorable Nusrat J. Choudhury

United States District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

Dear Judge Choudury,

I hope this letter finds you well. My name is Marjorie Collier, and I am writing to you regarding the case of John Mensch. I started working for Mr. Mensch in 2016 as a bus driver for East End Bus Line then worked my way up to my current position under Mr. Mensch as a Safety Supervisor at Orange County Busses with 19A compliance.

Although I realize that Mr. Mensch has pleaded guilty, I am writing on his behalf to provide information that I hope you will consider when making your decision. I understand the seriousness of this matter and the importance of the court's decision, I just felt the necessity to tell you some of the reasons why we all care so much for John Mensch.

I have known John for just under 10 years. You can take a roomful of people who have encountered John throughout his lifetime and ask them to describe him. Undoubtedly, they would all use the adjectives; reliable, trustworthy, caring, giving, understanding, ethical and moral. John is focused on doing right by his family, friends, colleagues and communities. I know of instances where John has donated and sponsored families during the holidays. John has made sure to show appreciation to his employees with thank you cards and office meals! John ensures the safety of his employees with huddles, reminders, and kind words! He is truly a leader to his team, listening attentively and finding solutions for team discrepancies.

[redacted] I am thankful to have had the opportunity to be a part of John Mensch's life and business. Based on my knowledge of John's character, the acts to which he has pleaded guilty are inconsistent with his prior history or character.

Thank you for taking the time to read my letter and consider my perspective. I hope you will consider the information I have provided to you when making your decision regarding the sentencing of Mr. Mensch. I have faith in the court's ability to deliver a fair and just decision. If you require any further information or clarification, please do not hesitate to contact me.

Sincerely,
Marjorie Collier