# Exhibit 17

Honorable Nusrat J. Choudhury

United States District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

November 24 2025

My name is Teresa Pecorella-Logan and I have been working for John Mensch since September 2014 as a school bus monitor and a driver. I am aware that John has plead guilty to commit bank fraud and based upon my knowledge of his character, I believe the acts to which he has plead are out of character for him. John is the best boss ever and his work ethic is "just do your job". As an employer I have witnessed him drive buses, dispatch, fuel buses and help on breakdowns. John is helpful when situations arise on the routes and listens when I have a question or concern about the route or students I transport.

John has always been a generous boss, providing bonuses, and turkeys employees during the holidays. John is easy going, understanding, kind, caring and helpful. Recently an employee has been having car trouble, and he allowed her to take the school bus back and forth to work so that she can pay for the repairs on her car. I know that if I needed to ask him for assistance he would do so willingly and without hesitation.

I hope that this character reference helps you when you sentence John and hope that you will be lenient in your decision.

Regards,

Teresa Pecorella-Logan