# Exhibit 18

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Sergo Jovin, and I'm writing to you today on behalf of John Mensch. I have been employed by John as a school bus driver and have had the privilege of getting to know him for almost six years. In that time, I have come to deeply respect his character, integrity, and commitment to the betterment of those in his employ and his deep commitment to his family.

John embodies honesty, responsibility, and compassion. As an employee at his company, I've witnessed his dedication to helping people and others through difficult times in their life, especially me. Recently I came to John with regards to family issues I was facing in my marriage, and he always makes time for me. He offers me advice, emotional support and financial assistance. Being a part of his company, I am aware of his widespread respect and appreciation from my co-workers as well.

I've seen John grow his business tremendously and show resilience, facing life challenges with determination. He actively seeks self- improvement by consulting mentors, joining the community workshops, and reflecting on himself, all with genuine commitment to bettering himself for both his own sake and those around him.

I recognize the gravity of the situation before you and fully respect the seriousness of the legal process. However, I humbly ask that you take into consideration the positive qualities that define John. He is not only remorseful for his actions but is also committed to making amends and contributing positively to society. I believe in his ability to realize and learn from his mistakes, and he will continue making meaningful contributions to our community, as he has done in the past.

I appreciate your time and thoughtful consideration in this matter and that you may be lenient when you impose his sentence.

Sincerely,

Jovin Sergo