# Exhibit 19

*Jack Potere*



April 22, 2025

Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
One hundred Federal Plaza
Central Islip, NY 11722

Your Honor,

My name is Jack Potere, and I am a former employer, business associate and friend of John Mensch. I am 76 years old, have lived in Bayport since 1974 and I am semi-retired from the gas and automotive industry. During those years I owned multiple gas stations from Bridgehampton to Massapequa. Since 2018 I have been providing consulting services to the industry part time.

I am writing this letter as I am aware John has pleaded guilty to a crime of conspiracy to commit bank fraud. Hopefully, I can provide additional information about John, which you consider in making your decision regarding his sentencing.

I have known John since he was in junior high school. I met him as his father was the owner of a large school bus company which was my largest gas account at my Hampton Bays location which was my largest volume location during the 21 years I owned the businesses. Many times, he would be with his father when he came in either to pay his account or to gas up the vehicles. I was impressed how mature he was for a fifteen-year-old as well as courteous and friendly. At this time in the 1980's when I was in business, we were full service and dealt mostly in cash. During those times most of my gas attendants were high school or college students. Dealing in mostly cash was a constant problem with shortages as it was due to honest mistakes or actual theft, even though I had put into place procedures to minimize this issue. About a year after I met John, he asked me for a job. I found this strange as I know he worked for his father when he could. He explained he enjoyed the gas business and needed the extra spending money. As a business owner, finding reliable help is not always an easy task. With John as my employee, I could count on his honesty and integrity. Many times, I left him alone and always felt my business was in good hands.

I hired John, with his father's blessing, and have never regretted that decision. During the 21 years I was in business I employed hundreds of people, students & adults. I can say without hesitation John was one of the best employees I ever had. Courteous and friendly to the customers, took direction easily and always looked to do the extra work where other employees did not. This describes the kind of employee John was, but there are more important traits about the kind of person John is other than his employment history.

After I sold the gas stations I did not stay connected with John for about two years as he was busy with his bus company, and I provided my services as a consultant to the owners in the gas and automotive industry. Then surprisingly John calls me to ask if I could meet him for breakfast. Naturally, I assumed he needed my help or opinion on a business matter. I was wrong, he just wanted to reconnect as he considered me a friend. I had always looked at John as a former employee and casual friend, but this was a surprise that he thought enough of me to reach out. To some this may seem like a trivial thing, however to me it shows how John values people who have helped in developing the kind of person he became. At this time, I was and still am involved in two organizations, Bayport Blue Point Community Lions, and the Vinny Perri Memorial Scholarship for graduating students from Bayport Blue Point High School. Whenever I approached John, many times, to contribute to raising funds he never hesitated and has always been generous in his contributions.

John married and had three children with his first wife ███████████████ ███████████ witnessed John going through the separation and finally the divorce. Throughout that ordeal John never wavered on his commitment to his children, ██████ █████████████████ One time especially impressed me ████████████ ████████████████████████ There were swimming meets in Connecticut and New Jersey where John took his own bus and he himself drove the team to the meet. That kind of character and devotion to your children cannot be taught.

As I said earlier John Mensch Sr., John's father was one of my customers. John learned the bus business from his father who he admired more than just a father but as his mentor. John Sr. was struck with cancer and near the end of his life John would travel every day into the city to see his father, comfort him, bathe him whatever needed to make those last moments easier. We all pray that someday we have children too that are as devoted to us as John was to his father.

Hopefully, this has given you some insight into the kind of person John is and always has been.

Yours truly,
Jack Potere