# Exhibit 20

Ellen S Schuster

███████████

Honorable Nusrat J Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

January 3, 2025

Dear Judge Choudhury,

    I am writing to you in an effort to help you get to know who John Mensch is and what he does for others in hopes that you will take this information into consideration when deciding upon a sentence.

    My name is Ellen Schuster and I am a certified public accountant who owns my own practice. I have been practicing for 34 years combined, working for a firm and then purchasing it and forming my own corporation. I am 71 years of age and have lived in ████████████ for 50 years. █████████████████████████████████████████████████

    I currently coach a Special Olympic swim team and have been doing so for 30 years.

    Over the years John has taken an active role as coach and has helped the many athletes we have on the team. They know that he encourages and pushes them to grow in the sport but they also know that he cares so much about them. He makes them laugh and enjoy their practices while working hard.

    John has gone a step above when he was instrumental in helping us acquire swim bags, goggles, and unified team swimsuits. He assists us with bus transportation when we travel to swim competitions across the state. He even traveled to NYC to pick up another athlete who could not get to a competition any other way. He attended many New York State Competitions coaching and escorting our athletes through a 3 day series of competitions and events. In 2022, he applied and was accepted as a coach for the Special Olympics National Swim Competition. This was a 10 day event in Florida. It required 24/7 supervision of the New York State Swim team, training and coaching the athletes and escorting them through their days including activities, meals and bus transportation to the event sites. He always made the experiences joyful.

John's commitment and energy has been wonderful for our team and all the athletes he comes across in the world of the Special Olympics. He has been a dedicated asset to our program. It is this compassion that is at the heart of who he is as a person.

My knowledge of John comes from all of the time that I have spent working with him. I am proud to say that he is someone that I call a friend. I know him as a trustworthy individual dedicated to his family, his business and employees and friends. He is friendly to all and always willing to help. I have to say that I was surprised to hear that he plead guilty to something that goes against everything I know about him and his character.

I do hope that you will take this letter and the information that I have presented into consideration when you are imposing a sentence. I ask that you be lenient so that he can continue to provide his services to the community.

Thank you for your consideration in this matter.


Respectfully,

Ellen S. Schuster