# Exhibit 21

November 5, 2025

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: John Mensch

Dear Judge Choudhury,

My name is James R. Andruss, and I am a friend of John Mensch. I'm fifty-four years old, and reside in Scarsdale, New York. I'm currently employed as Chief Financial Officer (CFO) for Belway Electrical Contracting Corp located in Elmsford, New York for the last six years. Prior to my current role, I was Controller for Atlantic Irrigation Specialties, Inc., in Deer Park, New York for fifteen years.

Despite that John has pleaded guilty for his acts, I'm writing this letter to provide my personal knowledge and experience with him, in hope that you will take it into consideration during his sentencing.

I have had the privilege of knowing John for over thirty-five years, since our time as classmates at Clarkson University, in upstate New York. It was there that we became fast friends due to our upbringings close to the New York Metro Area, cultural interests, his devotion to family, and his faith. Before final exams one semester, I recall him suggesting that we receive the Sacrament of Reconciliation at the local Catholic Church in hope that divine intervention would help guide us through the storm. Sadly, it didn't work well for me. However, John left the confessional booth with a renewed spirit and seemed to be unburdened by the gravity of the tasks at hand.

While others in college leaned toward socializing, John was more focused on productivity and living with intention. I recall being at hockey games at Cheel Arena and seeing John not there to watch and revel but working/volunteering with the Clarkson Facilities Staff to ensure that the events were a success. His involvement with the Clarkson community underscores his commitment to giving back. John is a loyal and generous friend. He'd provide me with numerous rides

to and from college, which were over six hours each way, would be the first to volunteer to drive on road trips through multiple states, and not hesitate to offer the use of his vehicle to run an errand. I was later honored to be a part of his wedding party for his first marriage.

John was born into the bus industry; it's truly in his DNA. From his early involvement in his father's company, he learned the hard-fought lessons of managing a family-run business. His personality has allowed him to manage and earn respect from the complete company hierarchy of employees, including business professionals. Having not graduated college, he in essence earned an "on-the-job MBA." I've always admired his relentless drive, and he successfully continues to grow his business. John's the type of person who's up before dawn, not for show, but out of an internal sense of purpose.

Over the last few decades, we'd periodically reconnect to share a meal, debrief on family updates, and offer one another support. John has been burdened with the tragic early passing his father back in 2010, brother/best friend more recently, and the pain of a divorce. Clearly life has tested John, and I've seen firsthand how he's faced these hardships with grace and resilience. Through it all, he has retooled his life, finding peace, health, and love with his soulmate, and continues to be a devoted provider for his family. My life is better for knowing him, and I consider it an honor to write this letter on his behalf.

I ask that you please take this letter into consideration when imposing John's sentence, with leniency.

Respectfully submitted,

James R. Andruss