# Exhibit 22




**Honorable Nusrat J. Choudhury**
**United States District Judge**
**Eastern District of New York**
100 Federal Plaza
Central Islip , NY 11722

25 OCT 2025

Your Honor,



John is an asset to his family, an asset to the community, an asset to the Special Olympics program as he gives his time effortlessly and without looking for thanks, he just does it because it's the right thing to do. It would have been easier for him to turn a blind eye to these issues and let nature takes its course. Instead John stepped up, as he always does , sacrificed his time and did the right thing for our children. John Mensch is truly a mensch.

Your Honor, I cannot urge you strong enough to be as lenient on John as the bench can be.

Respectfully,

10/25.2025