# Exhibit 23

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,
My name is Marcus LaPiana and I am writing this letter on behalf of John Mensch and his good nature. Before I describe the person that John is I would like to introduce some brief information about myself. I am 55 years old living in ▮▮▮▮▮▮▮ Long Island. I proudly served 20 years as a police officer for the New York City Police Department and have since retired. I am currently employed as a Yoga instructor/ fitness trainer, in fact this how John and I first met. At the time I was working at a gym and John was looking for a personal trainer, we were introduced and started working together. Our friendship started from there, and although we no longer still train together our friendship has remained.

I have personally known John for about 4 years. Within this time, I have only known John to be a very caring father to his children, an amazing husband to his wife, and to myself, a great friend. During this time, I have witnessed the devotion he has to his family, taking time from his very busy schedule to make sure he gets to spend quality time with each of his 3 children. on his days off he will make sure he spends time with each of them, from taking them to their favorite hobbies, running endless errands for them and even traveling out of the state to spend time with his daughter, this says a lot about his values as a family man and father.
I have also witnessed the love and friendship that he shares with his wife, and his wife's kids, treating her children just like one of his own.

To me, Johns friendship is authentic, when he heard that my oil tank was leaking and that I was unable to get a quick service appointment he immediately without hesitation called one of his friends in the business, clearly preventing a disaster. When he heard my wife's car was consistently having problems he once again, without me asking, stepped in to help, suggesting a reliable place to go and even offering to make a call if I needed. And as of recently my wife's father passed, John took the time out of his schedule to pay his respects to my family when he didn't need to, nor was he expected to. In addition, my wife and I have been away with him and his family, sharing laughs and good times. To this day John is always asking, what is going on in my life? How is your family? Please tell them I say hello and was asking for them, these simple acts of kindness go a long way.

I would like to mention, that although John has pleaded guilty to these charges they do not reflect the person that he is, they are completely inconsistent with his character. For the amount of time I've known John I have only known him to be a genuine, honest, and thoughtful person, I have never seen him being dishonest or deceitful in any way shape or form. I politely ask for your consideration to have mercy and considerable leniency for John and his family.

Sincerely, Marcus LaPiana