# Exhibit 24

April 4, 2025

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

As a graduate of West Point, I hold the values of Duty, Honor, and Country in the highest regard. It is within this framework of integrity and commitment to service that I offer this heartfelt character reference for John Mensch. I have had the privilege of knowing John for nearly 20 years, both professionally and personally, and during that time, I have seen firsthand his consistent embodiment of these values. I am the President of Vignola Employee Benefits Programs Inc., a full-service insurance brokerage firm.

We initially met when I was brought in to consult on a full benefits package for his employees, and it became clear early on that John possesses a rare level of empathy and care for his team. He is deeply committed to their well-being, always striving to meet their needs and provide a supportive work environment.

John is also a devoted father, consistently prioritizing his children's needs. His involvement in their lives goes far beyond simple parental ███████████████████████████████████████████████████████████████████████████████

Moreover, John's passion for helping others extends well beyond his family. He has made a lasting impact through his work with the Special Olympics, organizing events that allow children and young adults with disabilities to demonstrate their talents and abilities. His efforts, in conjunction with my daughter while she was attending Maritime College, notably securing an Olympic-sized pool facility for a special event, have made a lasting difference for these athletes and their families. His genuine enthusiasm and compassion have created an inclusive environment where all participants feel empowered and appreciated.

In addition to his work with athletes, John is particularly dedicated to supporting children on the autism spectrum. He goes out of his way to create a nurturing and understanding environment, ensuring that these children feel valued, supported, and included.

Throughout our personal travels, I have seen John consistently exhibit an unwavering trust in others, always seeking the best in people. While this admirable trait is one of his greatest strengths, it can sometimes leave him vulnerable to exploitation. However, his selflessness and dedication to those he cares for—whether they be family, employees, or the children he mentors—shine through in everything he does.

Although John has pled guilty, I write to share my belief in his inherent goodness. His actions in this situation are completely out of character. He has always been a man of integrity and compassion, and the consequences of his absence would reverberate far beyond his personal loss—impacting the many lives he has touched through his leadership, mentorship, and selfless acts of kindness.

I respectfully ask for your leniency in this matter. John is a man who has continuously demonstrated his commitment to the welfare of others, and I believe he still has much to offer his community and the world at large. It is an honor to call him a friend and to advocate on his behalf.

In summary, I wholeheartedly recommend John Mensch. His integrity, character, and steadfast dedication to others make him an invaluable asset to any community. I trust that you will take these qualities into account as you consider his case.

Sincerely,
Philip Vignola

