# Exhibit 25

Rev. Paul Tolve, BCC

Honorable Nusrat J. Choudhury　　　　　　　　　　　　　　April 8, 2025
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

I am writing to help you know a little more about John Mensch which may help your decision-making processes concerning his sentencing.

I am a very close friend to the Mensch family. I am a Catholic priest who served in various ministries one of which was prison ministry for 22 years (as a Board Certified Chaplain) at the Westchester County Department of Correction (12 of which was as Director of Pastoral Services there).

I met the Mensch family 41 years ago when I was newly ordained. I am now age 70. John was only 14 years old at the time. I was with him when he received his confirmation, graduated from high school, and when he married. I remember when he started working at his family school bus company and eventually created his own transportation business.

I have always experienced John as a very happy, upbeat person who loves his family and who enjoyed sports, football and skiing. I remember being present on several Mensch family boat rides where we would swim and fish on the Great South Bay. He was and continues to be an adventurous person. John was especially close to his beloved late father, John Mensch. His dad was a self-made successful businessman with very high Christian principles who was always there to help everyone. His son John always confided in him, sought his counsel and advice and wanted to walk in his footsteps as closely as possible. I remember John going to see his father every week to seek his counsel and advice about life, family and business.Then his dad died at age 66, fifteen years ago. John took this very hard. I know his father's death really affected him.

John himself has three adult children. John is a great parent. He has always provided for his children, educating them and guiding them through life. He continues to do so. John continues to do so to this day.

Hopefully, Your Honor, this short letter sheds some light on John Mensch as to his character and the type of person he is. John is a good man wanting to succeed in life and to provide for his wife and family.

John has a loving and supportive mother, Mary who is always there for him and her other children and many grandchildren.

Respectfully, Your Honor, may my brief description of John Mensch help you in providing as much leniency you can offer as his judge in this case.

Sincerely,

Rev. Paul Tolve, BCC
Retired Director of Pastoral Services, WCDOC