# Exhibit 26



6 Oct 2025

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Dear Judge Choudhury,

My name is Dr. Kenneth J. Malone Jr. I am a New York State licensed chiropractor for almost 25 years. Over those years, I have had the opportunity to meet thousands of people through my practice in Westhampton Beach, New York. With only a small handful of those individuals have I cultivated a relationship that I would call a friendship. Mr. John Mensch is one of those few select individuals. I met John Mensch a little over three years ago. Immediately I was drawn to this well-mannered and kind-hearted man. We quickly became friends.

I find Mr. John Mensch to be of good moral character and an upstanding individual. Through my friendship of Mr. Mensch I have learned that he is a man of his word. He takes great pride in his family, friends, and business. Through his hard work, and due diligence, he provides employment for hundreds of individuals. That same work ethic also provides transportation to and from school for thousands of children, ranging from regular public school children, as well as for individuals with special needs. This is a difficult service to manage, and Mr. John Mensch does it with pride, dignity, and a smile on his face.

I am completely aware that Mr. John Mensch has pleaded guilty to the charge brought against him, and I am writing on his behalf to provide with a character reference that I hope you will consider when making your decision with regards to his sentencing.

Truthfully yours,

Kenneth J. Malone Jr. D.C.

---

Dr. K.J. Malone
P.O. Box 107 • 170 Mill Road Suite B • Westhampton Beach, N.Y. 11978
ph. 631.998.4455 • fax. 631.998.4456
drkjmalone@gmail.com • www.westhamptonbeachchiropractor.com