# Exhibit 27

NYAG V YELLOWSTONE SETTLEMENT
C/O RUST CONSULTING INC - 8821
PO BOX 2599
FARIBAULT MN 55021-9599

Presorted
First-Class Mail
U.S. Postage PAID
Rust Consulting, Inc.

Claimant ID #: ▉
Access Code #: ▉

IMPORTANT LEGAL MATERIALS

 - UAA - 2728
*0008289827*

MONTAUK TRANSIT SERVICES LLC
1 CORPORATE DR UNIT 2
HOLTSVILLE NY 11742-2011

 T14 P1

Notice Re Eligibility for Settlement Relief in *New York v. Yellowstone Capital (merchant cash advance case)*

To: MONTAUK TRANSIT SERVICES LLC

Note: This is an official communication from authorized settlement administrator, Rust Consulting. Beware of scams. If you receive any settlement communication that you think may be a scam, verify the communication with Rust at info@yellowstonesettlement.com. We will never ask you for your credit card or bank account information, or require that you pay a fee in order to be eligible for settlement relief.

New York Attorney General Letitia James has settled a lawsuit against Yellowstone Capital and its related companies for making illegal high-interest loans to small businesses under the guise of merchant cash advance (MCA) transactions.

According to information provided by the Office of the Attorney General (OAG):

- You or your business owed a balance to one of the Yellowstone companies for an MCA, or
- One of the Yellowstone companies has a judgment against you or your business that is unsatisfied.

As a result **you are eligible for relief under the settlement.**

The settlement does all of the following:

- **Automatically cancels all outstanding debt** that businesses or their owners ("merchants") owe to Yellowstone
- **Dismisses pending lawsuits** against merchants
- **Vacates court judgments** against some merchants—*but you may need to take further action*
- **Terminates some UCC liens** against merchants' businesses and property—*but you may need to take further action*

**Some forms of relief require you to take action promptly.** For that reason it's important that you visit Rust's website at www.yellowstonesettlement.com so that you can request certain relief and stay updated on the settlement and lawsuit.

This settlement applies **only** to MCAs from the Yellowstone companies, including Green Capital Funding, Capital Advance Services, High Speed Capital, and others. A full list of the Yellowstone companies is available at www.yellowstonesettlement.com.

Read more below about the types of relief that are available:

### Getting a Judgment Vacated

- If Yellowstone has a court judgment against you or your business based on an MCA, you may be able to have that judgment vacated.
- If you paid the full amount of a judgment against you, and Yellowstone notified the court that you no longer owed anything, your judgment was satisfied. If this happened, you **cannot** have it vacated as part of Yellowstone's settlement with OAG.

- If the judgment was **not satisfied**, Yellowstone will apply to vacate it as part of the settlement.
- If you do not know whether Yellowstone has a court judgment against you or whether it was satisfied, you can visit the New York Courts' website at https://iapps.courts.state.ny.us/nyscef/CaseSearch?TAB=name and search for the name of your business.
- To ensure Yellowstone files papers to vacate an unsatisfied judgment against you or your business, visit www.yellowstonesettlement.com as soon as possible (and no later than January 9, 2026) and submit a request to have the judgment vacated. Your judgment may be vacated even if you don't do this—but if you submit a request Yellowstone is required to apply to vacate your judgment. **To submit the request, make sure you reference the Claimant ID # and Access Code # on the top right side of this letter.**

## Getting a UCC Lien Terminated

- If Yellowstone still has a lien against you or your business or assets, you are eligible to have the lien terminated under the settlement.
- Yellowstone is terminating liens only upon request. If you have a pending lien, visit www.yellowstonesettlement.com as soon as possible and submit a request. Important: **If you don't make the request by July 8, 2025, you will not get this relief. To submit the request, make sure you reference the Claimant ID # and Access Code # on the top right side of this letter.**
- UCC liens typically expire automatically after five years. If Yellowstone's lien is more than five years old, it may have expired already, in which case you do not need to do anything. Some states maintain searchable databases of UCC liens—New York merchants can find this at the New York Department of State website. Note this database may not reflect all liens held by Yellowstone or one of its subsidiaries.

## Your Yellowstone Debt Has Been Automatically Cancelled

- According to Yellowstone's records, you or your business owed a balance to one of the Yellowstone companies for an MCA.
- 100% of your debt has been cancelled as a result of the settlement. You do not have to take any action to qualify for the debt cancellation.
- If your debt was the result of a settlement with Yellowstone, that is cancelled too.
- Your debt is cancelled—whether it's your business that is in debt to Yellowstone or it's you personally who is a guarantor of the debt.
- As part of the settlement, Yellowstone is prohibited from taking any action to collect the debt, or from selling your debt to anyone else to collect.

## Settlement Payments

- Through settlements with Yellowstone and related individuals, OAG has collected $19.471 million to date. Most of this amount will go to relief for affected merchants. OAG has a pending lawsuit against other companies and individuals involved in the scheme and may secure more funds as a result.
- **OAG does not yet know how much will be available to distribute, who will qualify, or when payments will go out.**
- If you want to receive updates about restitution payments, and request a payment if you are eligible, submit a claim form at www.yellowstonesettlement.com. **To submit the request, make sure you reference the Claimant ID # and Access Code # on the top right side of this letter.**

If you have questions about the settlement or the OAG's lawsuit, review the Frequently Asked Questions at www.yellowstonesettlement.com.