# Exhibit 28

FTC V YELLOWSTONE CAPITAL LLC
REFUND ADMINISTRATOR
PO BOX 4199
PORTLAND, OR 97208-4199

CHECK DATE: AUGUST 12, 2024
CHECK NUMBER:
CHECK AMOUNT: $2,050.99
CONSUMER ID:



EAST END BUS LINES INC AND THE
ENTITIES LISTED ON EXHIBIT A
3601 HORSEBLOCK RD
MEDFORD NY 11763-2207

AK0991

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

**FTC v. Yellowstone Capital LLC**

Dear East End Bus Lines Inc And The Entities Listed On Exhibit A,

The enclosed check is your share of a settlement between the Federal Trade Commission (FTC) and Yellowstone Capital LLC (Yellowstone), a finance company that provided "merchant cash advances" to small businesses.

You previously received and cashed a check from this settlement. Because there is still money in the settlement fund, we are mailing another round of checks.

The FTC sued Yellowstone, and the company agreed to pay $9.8 million to settle. According to the FTC's lawsuit, Yellowstone continued to withdraw automatic payments from its customers' bank accounts even after they had fully repaid the amount they owed. The FTC also alleged that Yellowstone misled customers about important contract terms, including the amount of their cash advance after fees were withheld.

Our records show that you are eligible for a payment from this settlement because Yellowstone charged your account more than you owed.

Please cash your check before November 10, 2024. After this date, your bank might not accept the check. If you need to request a new check, please call 1-855-604-1861 or send an email to info@YellowstoneCapitalRefund.com.

You can find additional information at FTC.gov/Refunds.

If you have questions, please contact us at 1-855-604-1861.

Sincerely,

Epiq

FTC Refund Administrator

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

FTC V YELLOWSTONE CAPITAL LLC
REFUND ADMINISTRATOR
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.

CHECK NUMBER

DATE
08/12/2024

Void if not negotiated within ninety (90) days of date of issue

PAY EXACTLY ********** TWO THOUSAND FIFTY AND 99/100 DOLLARS

AMOUNT
$2,050.99

**PAY TO THE ORDER OF:**
EAST END BUS LINES INC AND THE ENTITIES LISTED ON EXHIBIT A

Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

FTC V YELLOWSTONE CAPITAL LLC
REFUND ADMINISTRATOR
PO BOX 4199
PORTLAND, OR 97208-4199

CHECK DATE: AUGUST 12, 2024
CHECK NUMBER:
CHECK AMOUNT: $4,843.28
CONSUMER ID:

MONTAUK TRANSIT SERVICE LLC
3605 HORSEBLOCK RD
MEDFORD NY 11763-2207

AK0991

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

**FTC v. Yellowstone Capital LLC**

Dear Montauk Transit Service Llc,

The enclosed check is your share of a settlement between the Federal Trade Commission (FTC) and Yellowstone Capital LLC (Yellowstone), a finance company that provided "merchant cash advances" to small businesses.

You previously received and cashed a check from this settlement. Because there is still money in the settlement fund, we are mailing another round of checks.

The FTC sued Yellowstone, and the company agreed to pay $9.8 million to settle. According to the FTC's lawsuit, Yellowstone continued to withdraw automatic payments from its customers' bank accounts even after they had fully repaid the amount they owed. The FTC also alleged that Yellowstone misled customers about important contract terms, including the amount of their cash advance after fees were withheld.

Our records show that you are eligible for a payment from this settlement because Yellowstone charged your account more than you owed.

Please cash your check before November 10, 2024. After this date, your bank might not accept the check. If you need to request a new check, please call 1-855-604-1861 or send an email to info@YellowstoneCapitalRefund.com.

You can find additional information at FTC.gov/Refunds.

If you have questions, please contact us at 1-855-604-1861.

Sincerely,

Epiq

FTC Refund Administrator

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

FTC V YELLOWSTONE CAPITAL LLC
REFUND ADMINISTRATOR
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.

CHECK NUMBER

DATE
08/12/2024

Void if not negotiated within ninety (90) days of date of issue

PAY EXACTLY ********** FOUR THOUSAND EIGHT HUNDRED FORTY THREE AND 28/100 DOLLARS

AMOUNT
$4,843.28

**PAY TO THE ORDER OF:**
MONTAUK TRANSIT SERVICE LLC

Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES