# Exhibit 29

To: Dov Oppenheim [doppenheim@yellowstonecapllc.com]
Cc: Isaac D. Stern [Isaac@yellowstonecapllc.com]
From: Steven Davis [O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6285DB14CAF04465873D58416D5EAE27-STEVEN DAVI]
Sent: Thur 8/16/2018 5:52:16 PM Eastern Standard Time
Subject: Re: Bus Deal

It is. Floyd is not these are. So if you have them call me instead of running to Isaac we can work out an amicable arrangement. Wells is repoing all her busses from there

On Aug 16, 2018, at 5:50 PM, Dov Oppenheim <doppenheim@yellowstonecapllc.com> wrote:

> Heshy you offered a $1.5m renewal so cant be about to bust. Also, She did NOT take 10 positions after you. I have updated docs for ALL accounts and all businesses and she did not. Not trying to go against you but I am taking a lot of heat
> **Dov Oppenheim**
> *Senior Supervisor - ISO Development - Funding Department*
> **Yellowstone Capital LLC**
> Direct: (646) 774-3388
>
> Fax: (978) 367-0504
> Doppenheim@yellowstonecapllc.com
> www.yellowstonecap.com
> <image001.png>
> <image003.png>
>
> From: Isaac D. Stern
> Sent: Thursday, August 16, 2018 5:46 PM
> To: Steven Davis <steve@yellowstonecapllc.com>
> Cc: Dov Oppenheim <doppenheim@yellowstonecapllc.com>
> Subject: Re: Bus Deal
> Make sure whatever you are debiting is what we are contractually allowed to debit
>
> Isaac D. Stern - Chief Executive Officer
> Yellowstone Capital LLC
> Ph: (800) 955-2411 X 1060
> Fax (888) 315-8546
> Cell
> Email: Isaac@Yellowstonecap.com
> www.Yellowstonecap.com
>
> On Aug 16, 2018, at 5:44 PM, Steven Davis <steve@yellowstonecapllc.com> wrote:
>
>> No chance..... merchant is about to go bad. They stacked legit 10 positions and actually are being sued by wellsfargo and are about to go bust.... I will speak to majo have her call me
>>
>> From: Isaac D. Stern
>> Sent: Thursday, August 16, 2018 5:41 PM
>> To: Steven Davis <steve@yellowstonecapllc.com>
>> Cc: Dov Oppenheim <doppenheim@yellowstonecapllc.com>
>> Subject: Fwd: Bus Deal
>> Steve can you adjust this payment?
>>
>> Isaac D. Stern - Chief Executive Officer
>> Yellowstone Capital LLC
>> Ph: (800) 955-2411 X 1060
>> Fax (888) 315-8546
>> Cell
>> Email: Isaac@Yellowstonecap.com
>> www.Yellowstonecap.com
>> Begin forwarded message:
>>
>>> From: Dov Oppenheim <doppenheim@yellowstonecapllc.com>
>>> Date: August 16, 2018 at 5:35:27 PM EDT
>>> To: "Isaac D. Stern" <Isaac@yellowstonecapllc.com>
>>> Cc: 'Daniel Aronoff' <Dan@nuwayfunding.com>
>>> Subject: FW: Bus Deal
>>>
>>> Isaac, please help us out here. Payment should be 14,997 a day, not 29,997
>>> **Dov Oppenheim**
>>> *Senior Supervisor - ISO Development - Funding Department*
>>> **Yellowstone Capital LLC**
>>> Direct: (646) 774-3388
>>> Cell:
>>> Fax: (978) 367-0504

HIGHLY CONFIDENTIAL

FOIL G000822-121024  000391
YEL-NYAG-00409215

Doppenheim@yellowstonecapllc.com
www.yellowstonecap.com

HIGHLY CONFIDENTIAL

FOIL G000822-121024   000392
YEL-NYAG-00409216