# Exhibit 30

Promissory Note
Claim No: ███
Insured: Wallkill Valley Bancorp MHC
Date of Loss: 10/02/18 (Claims Made)

For consideration received, the undersigned promise to pay the sum of Seven Hundred and Seventy-Five Thousand and no/100 Dollars ($775,000.00) in reimbursement. The payment is agreed to be on an installment basis over (5) years. The payments made pursuant to this promissory note are intended to compensate Wallkill and Zurich for the losses caused by overdrafts in accounts previously held by Orange County Transit LLC and East End Bus Lines, Inc. As such, they are intended to qualify as a return of "property" pursuant to 18 U.S.C. § 3663A(b)(1)(B)(ii), and therefore will offset any restitution award issued in favor of Wallkill and Zurich in *United States v. Mensch*, No. 24 Cr. 333 (E.D.N.Y.).

John Mensch / Orange County Transit LLC agree to pay $150,000.00 upon execution of this agreement.

John Mensch / Orange County Transit LLC agree to make monthly payments of $12,500.00 over the next five (5) years beginning on 3/1/25 representing an additional $625,000.00 for a total of $775,000.00.

*There will be no payments in July or August over the five years as school buses are not running at that time.*

It is agreed that the Note will bear no interest if payments are current. However, in the event of a default, this Note will bear 10% interest per annum and shall become immediately due and payable. It is also agreed that the undersigned shall also pay reasonable costs of collection or attorney's fees, or both, upon default. Of this total payment amount, the first $100,000 is payable to Wallkill Valley Bancorp MHC:

Michael Horodyski
President and Chief Executive Officer
Wallkill Valley Federal Savings and Loan
23 Wallkill Avenue
Wallkill, NY 12589

The balance of $675,000.00 is to be made payable to the order of Zurich American Insurance Company Tax ID# ▇▇▇▇▇▇ and mailed to

PO Box 968015
Schaumburg, IL 60196-8015

Please be sure to include our claim number ▇▇▇▇▇▇ with the checks so that we can match the document with the file.

The undersigned hereby waives presentment for payment of this Note, notice of non-payment, protest, and notice of protest, and expressly agrees that this Note or any payment hereunder may be extended from time to time at the option of the holder without in any way affecting their liability hereunder.

_____
John Mensch

Orange County Transit LLC

By: _____
Jennifer Thomas, President

Subscribed and sworn to before me this 24 day of February, 2025.

_____
NOTARY PUBLIC

Christina Langston
Notary Public, State of New York
Reg. No. 01LA6279682
Qualified in Suffolk County
Commission Expires May 23, 2025