# Exhibit 31

## AGREEMENT

This Agreement is made and entered into on the 17, day of September, 2025 by and between John Mensch and Dime Community Bank (collectively, the "Parties").

WHEREAS, Dime Community Bank ("Dime Bank") sustained a loss in the sum of $8,200,000.00 caused by overdrafts in accounts previously held by East End Bus Lines Inc. and its affiliates and as such, the payments to be made, described below, are intended to qualify as a return of "property" pursuant to 18 U.S.C. § 3663A(b)(1)(B)(ii) and therefore will offset any restitution award issued in favor of Dime Bank in *United States v. Mensch*, No. 24 Cr. 334 (E.D.N.Y.)

WHEREAS, it is hereby agreed by and between the parties that:

1. John Mensch shall pay the sum of $8,200,000.00 to Dime Bank with an initial deposit of $1,500,000.00 on or before September 29, 2025 and the balance of $6,700,000.00 to be payable in accordance with the Amortization Schedule annexed hereto as Exhibit "A."

2. The Parties agree that there shall be no payments in August or September of each year.

3. The sum of $6,700,000.00 to be paid over time shall not bear any interest.

4. The payments under this Agreement shall be paid to:

Dime Bank
c/o James J. Manseau, EVP
989 Veterans Memorial Hwy
Suite 560
Hauppauge, NY 11788

5. The Parties acknowledge that they fully understand the terms of this Agreement and were given time to consult with counsel and they agree to be bound.

6. This Agreement and the rights and obligations of the parties under this Agreement shall be governed by, and construed and interpreted in accordance with the laws of the State of New York.

7. This Agreement may be executed in counterparts and by facsimile transmission if necessary, each of which, when taken together, shall constitute one (1) executed original.

8. This Agreement represents the entire agreement between the parties and may not be modified unless in writing.

Dated: Quogue, New York
September, 2025

_____
John Mensch

Dated: Hauppauge, New York
September 17, 2023

Dime Community Bank

By: _____
James J. Manseau, EVP

Dime 12 years　　　　　　　　　　　　　　　　　　　　　　　　　　　7/14/2025 8:27 AM Page 1

Compound Period: Monthly

Nominal Annual Rate: 0.000%

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | | 4/29/2025 | 8,200,000.00 | 1 | | |
| 2 | Payment | 7/15/2025 | 1,500,000.00 | 1 | | |
| 3 | Payment | 10/15/2025 | 35,000.00 | 60 | Monthly | 9/15/2030 |
| | Months To Skip: | Aug Sept | | | | |
| | Amount During Skip | | 0.00 | | | |
| 4 | Payment | 9/15/2030 | 70,714.29 | 84 | Monthly | 8/15/2037 |
| | Months To Skip: | Aug Sept | | | | |
| | Amount During Skip | | 0.00 | | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Principal | Balance |
|---|---|---|---|---|
| Loan | 4/29/2025 | | | 8,200,000.00 |
| 1 | 7/15/2025 | 1,500,000.00 | 1,500,000.00 | 6,700,000.00 |
| 2 | 10/15/2025 | 35,000.00 | 35,000.00 | 6,665,000.00 |
| 3 | 11/15/2025 | 35,000.00 | 35,000.00 | 6,630,000.00 |
| 4 | 12/15/2025 | 35,000.00 | 35,000.00 | 6,595,000.00 |
| 2025 Totals | | 1,605,000.00 | 1,605,000.00 | |
| 5 | 1/15/2026 | 35,000.00 | 35,000.00 | 6,560,000.00 |
| 6 | 2/15/2026 | 35,000.00 | 35,000.00 | 6,525,000.00 |
| 7 | 3/15/2026 | 35,000.00 | 35,000.00 | 6,490,000.00 |
| 8 | 4/15/2026 | 35,000.00 | 35,000.00 | 6,455,000.00 |
| 9 | 5/15/2026 | 35,000.00 | 35,000.00 | 6,420,000.00 |
| 10 | 6/15/2026 | 35,000.00 | 35,000.00 | 6,385,000.00 |
| 11 | 7/15/2026 | 35,000.00 | 35,000.00 | 6,350,000.00 |
| 12 | 8/15/2026 | 0.00 | 0.00 | 6,350,000.00 |
| 13 | 9/15/2026 | 0.00 | 0.00 | 6,350,000.00 |
| 14 | 10/15/2026 | 35,000.00 | 35,000.00 | 6,315,000.00 |
| 15 | 11/15/2026 | 35,000.00 | 35,000.00 | 6,280,000.00 |
| 16 | 12/15/2026 | 35,000.00 | 35,000.00 | 6,245,000.00 |
| 2026 Totals | | 350,000.00 | 350,000.00 | |
| 17 | 1/15/2027 | 35,000.00 | 35,000.00 | 6,210,000.00 |
| 18 | 2/15/2027 | 35,000.00 | 35,000.00 | 6,175,000.00 |

| #   | Date       | Amount      | Paid        | Balance      |
|-----|------------|-------------|-------------|--------------|
| 19  | 3/15/2027  | 35,000.00   | 35,000.00   | 6,140,000.00 |
| 20  | 4/15/2027  | 35,000.00   | 35,000.00   | 6,105,000.00 |
| 21  | 5/15/2027  | 35,000.00   | 35,000.00   | 6,070,000.00 |
| 22  | 6/15/2027  | 35,000.00   | 35,000.00   | 6,035,000.00 |
| 23  | 7/15/2027  | 35,000.00   | 35,000.00   | 6,000,000.00 |
| 24  | 8/15/2027  | 0.00        | 0.00        | 6,000,000.00 |
| 25  | 9/15/2027  | 0.00        | 0.00        | 6,000,000.00 |
| 26  | 10/15/2027 | 35,000.00   | 35,000.00   | 5,965,000.00 |
| 27  | 11/15/2027 | 35,000.00   | 35,000.00   | 5,930,000.00 |
| 28  | 12/15/2027 | 35,000.00   | 35,000.00   | 5,895,000.00 |
| 2027 Totals | |  350,000.00 | 350,000.00  |              |
| 29  | 1/15/2028  | 35,000.00   | 35,000.00   | 5,860,000.00 |
| 30  | 2/15/2028  | 35,000.00   | 35,000.00   | 5,825,000.00 |
| 31  | 3/15/2028  | 35,000.00   | 35,000.00   | 5,790,000.00 |
| 32  | 4/15/2028  | 35,000.00   | 35,000.00   | 5,755,000.00 |
| 33  | 5/15/2028  | 35,000.00   | 35,000.00   | 5,720,000.00 |
| 34  | 6/15/2028  | 35,000.00   | 35,000.00   | 5,685,000.00 |
| 35  | 7/15/2028  | 35,000.00   | 35,000.00   | 5,650,000.00 |
| 36  | 8/15/2028  | 0.00        | 0.00        | 5,650,000.00 |
| 37  | 9/15/2028  | 0.00        | 0.00        | 5,650,000.00 |
| 38  | 10/15/2028 | 35,000.00   | 35,000.00   | 5,615,000.00 |
| 39  | 11/15/2028 | 35,000.00   | 35,000.00   | 5,580,000.00 |
| 40  | 12/15/2028 | 35,000.00   | 35,000.00   | 5,545,000.00 |
| 2028 Totals | |  350,000.00 | 350,000.00  |              |
| 41  | 1/15/2029  | 35,000.00   | 35,000.00   | 5,510,000.00 |
| 42  | 2/15/2029  | 35,000.00   | 35,000.00   | 5,475,000.00 |
| 43  | 3/15/2029  | 35,000.00   | 35,000.00   | 5,440,000.00 |
| 44  | 4/15/2029  | 35,000.00   | 35,000.00   | 5,405,000.00 |
| 45  | 5/15/2029  | 35,000.00   | 35,000.00   | 5,370,000.00 |
| 46  | 6/15/2029  | 35,000.00   | 35,000.00   | 5,335,000.00 |
| 47  | 7/15/2029  | 35,000.00   | 35,000.00   | 5,300,000.00 |
| 48  | 8/15/2029  | 0.00        | 0.00        | 5,300,000.00 |
| 49  | 9/15/2029  | 0.00        | 0.00        | 5,300,000.00 |
| 50  | 10/15/2029 | 35,000.00   | 35,000.00   | 5,265,000.00 |
| 51  | 11/15/2029 | 35,000.00   | 35,000.00   | 5,230,000.00 |
| 52  | 12/15/2029 | 35,000.00   | 35,000.00   | 5,195,000.00 |
| 2029 Totals | |  350,000.00 | 350,000.00  |              |
| 53  | 1/15/2030  | 35,000.00   | 35,000.00   | 5,160,000.00 |
| 54  | 2/15/2030  | 35,000.00   | 35,000.00   | 5,125,000.00 |
| 55  | 3/15/2030  | 35,000.00   | 35,000.00   | 5,090,000.00 |
| 56  | 4/15/2030  | 35,000.00   | 35,000.00   | 5,055,000.00 |
| 57  | 5/15/2030  | 35,000.00   | 35,000.00   | 5,020,000.00 |
| 58  | 6/15/2030  | 35,000.00   | 35,000.00   | 4,985,000.00 |

| # | Date | Payment | Applied | Balance |
|---|------|---------|---------|---------|
| 59 | 7/15/2030 | 35,000.00 | 35,000.00 | 4,950,000.00 |
| 60 | 8/15/2030 | 0.00 | 0.00 | 4,950,000.00 |
| 61 | 9/15/2030 | 0.00 | 0.00 | 4,950,000.00 |
| 62 | 9/15/2030 | 0.00 | 0.00 | 4,950,000.00 |
| 63 | 10/15/2030 | 70,714.29 | 70,714.29 | 4,879,285.71 |
| 64 | 11/15/2030 | 70,714.29 | 70,714.29 | 4,808,571.42 |
| 65 | 12/15/2030 | 70,714.29 | 70,714.29 | 4,737,857.13 |
| 2030 Totals | | 457,142.87 | 457,142.87 | |
| 66 | 1/15/2031 | 70,714.29 | 70,714.29 | 4,667,142.84 |
| 67 | 2/15/2031 | 70,714.29 | 70,714.29 | 4,596,428.55 |
| 68 | 3/15/2031 | 70,714.29 | 70,714.29 | 4,525,714.26 |
| 69 | 4/15/2031 | 70,714.29 | 70,714.29 | 4,454,999.97 |
| 70 | 5/15/2031 | 70,714.29 | 70,714.29 | 4,384,285.68 |
| 71 | 6/15/2031 | 70,714.29 | 70,714.29 | 4,313,571.39 |
| 72 | 7/15/2031 | 70,714.29 | 70,714.29 | 4,242,857.10 |
| 73 | 8/15/2031 | 0.00 | 0.00 | 4,242,857.10 |
| 74 | 9/15/2031 | 0.00 | 0.00 | 4,242,857.10 |
| 75 | 10/15/2031 | 70,714.29 | 70,714.29 | 4,172,142.81 |
| 76 | 11/15/2031 | 70,714.29 | 70,714.29 | 4,101,428.52 |
| 77 | 12/15/2031 | 70,714.29 | 70,714.29 | 4,030,714.23 |
| 2031 Totals | | 707,142.90 | 707,142.90 | |
| 78 | 1/15/2032 | 70,714.29 | 70,714.29 | 3,959,999.94 |
| 79 | 2/15/2032 | 70,714.29 | 70,714.29 | 3,889,285.65 |
| 80 | 3/15/2032 | 70,714.29 | 70,714.29 | 3,818,571.36 |
| 81 | 4/15/2032 | 70,714.29 | 70,714.29 | 3,747,857.07 |
| 82 | 5/15/2032 | 70,714.29 | 70,714.29 | 3,677,142.78 |
| 83 | 6/15/2032 | 70,714.29 | 70,714.29 | 3,606,428.49 |
| 84 | 7/15/2032 | 70,714.29 | 70,714.29 | 3,535,714.20 |
| 85 | 8/15/2032 | 0.00 | 0.00 | 3,535,714.20 |
| 86 | 9/15/2032 | 0.00 | 0.00 | 3,535,714.20 |
| 87 | 10/15/2032 | 70,714.29 | 70,714.29 | 3,464,999.91 |
| 88 | 11/15/2032 | 70,714.29 | 70,714.29 | 3,394,285.62 |
| 89 | 12/15/2032 | 70,714.29 | 70,714.29 | 3,323,571.33 |
| 2032 Totals | | 707,142.90 | 707,142.90 | |
| 90 | 1/15/2033 | 70,714.29 | 70,714.29 | 3,252,857.04 |
| 91 | 2/15/2033 | 70,714.29 | 70,714.29 | 3,182,142.75 |
| 92 | 3/15/2033 | 70,714.29 | 70,714.29 | 3,111,428.46 |
| 93 | 4/15/2033 | 70,714.29 | 70,714.29 | 3,040,714.17 |
| 94 | 5/15/2033 | 70,714.29 | 70,714.29 | 2,969,999.88 |
| 95 | 6/15/2033 | 70,714.29 | 70,714.29 | 2,899,285.59 |
| 96 | 7/15/2033 | 70,714.29 | 70,714.29 | 2,828,571.30 |
| 97 | 8/15/2033 | 0.00 | 0.00 | 2,828,571.30 |
| 98 | 9/15/2033 | 0.00 | 0.00 | 2,828,571.30 |

| # | Date | Amount | Amount | Balance |
|---|---|---|---|---|
| 99 | 10/15/2033 | 70,714.29 | 70,714.29 | 2,757,857.01 |
| 100 | 11/15/2033 | 70,714.29 | 70,714.29 | 2,687,142.72 |
| 101 | 12/15/2033 | 70,714.29 | 70,714.29 | 2,616,428.43 |
| 2033 Totals | | 707,142.90 | 707,142.90 | |
| 102 | 1/15/2034 | 70,714.29 | 70,714.29 | 2,545,714.14 |
| 103 | 2/15/2034 | 70,714.29 | 70,714.29 | 2,474,999.85 |
| 104 | 3/15/2034 | 70,714.29 | 70,714.29 | 2,404,285.56 |
| 105 | 4/15/2034 | 70,714.29 | 70,714.29 | 2,333,571.27 |
| 106 | 5/15/2034 | 70,714.29 | 70,714.29 | 2,262,856.98 |
| 107 | 6/15/2034 | 70,714.29 | 70,714.29 | 2,192,142.69 |
| 108 | 7/15/2034 | 70,714.29 | 70,714.29 | 2,121,428.40 |
| 109 | 8/15/2034 | 0.00 | 0.00 | 2,121,428.40 |
| 110 | 9/15/2034 | 0.00 | 0.00 | 2,121,428.40 |
| 111 | 10/15/2034 | 70,714.29 | 70,714.29 | 2,050,714.11 |
| 112 | 11/15/2034 | 70,714.29 | 70,714.29 | 1,979,999.82 |
| 113 | 12/15/2034 | 70,714.29 | 70,714.29 | 1,909,285.53 |
| 2034 Totals | | 707,142.90 | 707,142.90 | |
| 114 | 1/15/2035 | 70,714.29 | 70,714.29 | 1,838,571.24 |
| 115 | 2/15/2035 | 70,714.29 | 70,714.29 | 1,767,856.95 |
| 116 | 3/15/2035 | 70,714.29 | 70,714.29 | 1,697,142.66 |
| 117 | 4/15/2035 | 70,714.29 | 70,714.29 | 1,626,428.37 |
| 118 | 5/15/2035 | 70,714.29 | 70,714.29 | 1,555,714.08 |
| 119 | 6/15/2035 | 70,714.29 | 70,714.29 | 1,484,999.79 |
| 120 | 7/15/2035 | 70,714.29 | 70,714.29 | 1,414,285.50 |
| 121 | 8/15/2035 | 0.00 | 0.00 | 1,414,285.50 |
| 122 | 9/15/2035 | 0.00 | 0.00 | 1,414,285.50 |
| 123 | 10/15/2035 | 70,714.29 | 70,714.29 | 1,343,571.21 |
| 124 | 11/15/2035 | 70,714.29 | 70,714.29 | 1,272,856.92 |
| 125 | 12/15/2035 | 70,714.29 | 70,714.29 | 1,202,142.63 |
| 2035 Totals | | 707,142.90 | 707,142.90 | |
| 126 | 1/15/2036 | 70,714.29 | 70,714.29 | 1,131,428.34 |
| 127 | 2/15/2036 | 70,714.29 | 70,714.29 | 1,060,714.05 |
| 128 | 3/15/2036 | 70,714.29 | 70,714.29 | 989,999.76 |
| 129 | 4/15/2036 | 70,714.29 | 70,714.29 | 919,285.47 |
| 130 | 5/15/2036 | 70,714.29 | 70,714.29 | 848,571.18 |
| 131 | 6/15/2036 | 70,714.29 | 70,714.29 | 777,856.89 |
| 132 | 7/15/2036 | 70,714.29 | 70,714.29 | 707,142.60 |
| 133 | 8/15/2036 | 0.00 | 0.00 | 707,142.60 |
| 134 | 9/15/2036 | 0.00 | 0.00 | 707,142.60 |
| 135 | 10/15/2036 | 70,714.29 | 70,714.29 | 636,428.31 |
| 136 | 11/15/2036 | 70,714.29 | 70,714.29 | 565,714.02 |
| 137 | 12/15/2036 | 70,714.29 | 70,714.29 | 494,999.73 |
| 2036 Totals | | 707,142.90 | 707,142.90 | |

| | | | | |
|---|---|---|---|---|
| 138 | 1/15/2037 | 70,714.29 | 70,714.29 | 424,285.44 |
| 139 | 2/15/2037 | 70,714.29 | 70,714.29 | 353,571.15 |
| 140 | 3/15/2037 | 70,714.29 | 70,714.29 | 282,856.86 |
| 141 | 4/15/2037 | 70,714.29 | 70,714.29 | 212,142.57 |
| 142 | 5/15/2037 | 70,714.29 | 70,714.29 | 141,428.28 |
| 143 | 6/15/2037 | 70,714.29 | 70,714.29 | 70,713.99 |
| 144 | 7/15/2037 | 70,714.29 | 70,714.29 | 0.30- |
| 145 | 8/15/2037 | 0.00 | 0.30- | 0.00 |
| 2037 Totals | | 495,000.03 | 494,999.73 | |

Grand Totals      8,200,000.30  8,200,000.00

Last interest amount increased by 0.30 due to rounding.