

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AT
F. #2024R00297

*610 Federal Plaza*
*Central Islip, New York 11722*

December 11, 2025

<u>By ECF and E-Mail</u>

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. John Mensch
               <u>Criminal Docket No. 24-334 (NJC)</u>

Dear Judge Choudhury:

      The government respectfully submits this letter to request an adjournment of John Mensch's sentencing, which is presently scheduled for December 30, 2025, due to scheduling concerns. The government was informed by counsel for the defendant that "defense counsel takes no position on the application[. . .]." The government understands that the Court is available on April 22, 2026, and both the government and defense are available that day. The defense is also available on January 22 and January 28, 2026. The government is generally available after January 5, 2026. The government appreciates the Court's consideration of this adjournment.

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                By:           /s/
                                        Adam R. Toporovsky
                                        Assistant U.S. Attorney
                                        (631) 715-7846