# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9483

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

January 23, 2026

**UNDER SEAL**

**Via ECF**
Hon. Nusrat J. Choudhury
United States District Judge
United States District Court, Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

Re: *United States v. John Mensch*, No. 24 Cr. 334 (NJC)

Dear Judge Choudhury:

We represent John Mensch, who is currently scheduled to be sentenced on February 24, 2026. ███████████████████████████████████████████████████████████ with the government's consent, I respectfully request that the currently scheduled sentencing hearing be rescheduled for a date in July 2026 or later. ███████████████████████████████████████████

I thank the Court for its consideration.

Respectfully submitted,
/s/ *Robert J. Anello*
Robert J. Anello

cc: United States Probation Officer Meghan Wing (via email)

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Assistant United States Attorney Adam Toporovsky (via email)