# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9483

November 19, 2025

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**Via Email**

United States Probation Officer Meghan Wing
United States Probation Office, Eastern District of New York
220 Federal Plaza
Central Islip, NY 11722-9012
Meghan_Wing@nyep.uscourts.gov

Re:    *United States v. John Mensch*, No. 24 Cr. 334 (NJC)

Dear Officer Wing:

I am in receipt of the government's letter dated November 14, 2025 ("Government Letter"), which objects to Mr. Mensch's proposed revisions to Paragraph 46 of the draft presentence investigative report ("PSR").



As always, I am grateful for the extensive time and attention that you have devoted to Mr. Mensch's case.  Please feel free to contact me if you have any questions.

Respectfully submitted,
*/s/ Robert J. Anello*
Robert J. Anello

cc:    Assistant United States Attorney Anthony Bagnuola (via email)
       Assistant United States Attorney Adam Toporovsky (via email)